**U.S. Department of Justice**



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

April 3, 2017

MR. SEAN DUNAGAN
JUDICIAL WATCH
SUITE 800
425 THIRD STREET SW
WASHINGTON, DC 20024

FOIPA Request No.: 1370340-000
Subject: Records between FBI and Christopher
Steele and/or Orbis Business Intelligence
(January 1, 2016 - Present)

Dear Mr. Dunagan:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI.

☑   Your request has been received at FBI Headquarters for processing.

☐   Your request has been received at the _____ Resident Agency / _____ Field Office and
forwarded to FBI Headquarters for processing.

☐   You submitted your request via the FBI's eFOIA system.

  ☐   We have reviewed your request and determined that it is compliant with
  the terms and conditions of the eFOIA system.   You will continue to receive
  correspondence online.

  ☐   We have reviewed your request and determined that it is not in compliance with the
  terms and conditions of the eFOIA system.   Future correspondence will be mailed
  to you.

☐   The subject of your request is currently being processed for public release.   Documents will
be released to you upon completion.

☐   Release of responsive records will be made to the FBI's FOIA Library (The Vault),
http:/vault.fbi.gov, and you will be contacted when the release is posted.

☑   Your request for a fee waiver is being considered and you will be advised of the decision at
a later date.   If your fee waiver is denied, you will be charged fees in accordance with the
category designated below.

☑   For the purpose of assessing fees, we have made the following determination:

  ☐   As a commercial use requester, you will be charged applicable search, review, and
  duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

  ☑   As an educational institution, noncommercial scientific institution or representative
  of the news media requester, you will be charged applicable duplication fees in
  accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

  ☐   As a general (all others) requester, you will be charged applicable search and
  duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.fbi.gov/foia by clicking on **FOIPA Status** and entering your FOIPA Request Number.   Status updates are adjusted weekly.   The status of newly assigned requests may not be available until the next weekly update.   If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request.   Please use this number in all correspondence concerning your request.   Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site:  https://foiaonline.regulations.gov/foia/action/public/home.   Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."   Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov.   Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov.   If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division