**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-916 (CRC) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

Judicial Watch has moved for reconsideration of this Court's February 5, 2018 decision upholding the *Glomar* response issued by the Federal Bureau of Investigation in this Freedom of Information Act case and granting summary judgment to defendant United States Department of Justice. Defendant hereby informs the Court that, in light of the recent disclosures discussed in Judicial Watch's motion, the FBI withdraws its blanket *Glomar* response in this case and will proceed to search for and review potentially responsive records. The FBI reserves the right to issue a partial *Glomar* response to Judicial Watch's FOIA request.

Given defendant's withdrawal of the *Glomar* response on which this Court's summary judgment ruling was based, defendant proposes that the Court vacate its judgment and the accompanying opinion, deny the cross-motions for summary judgment as moot, and order the parties to meet and confer and submit a joint status report within thirty days, suggesting a schedule for re-processing the FOIA request and for further proceedings in this case.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ James Bickford*
James Bickford
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC  20530
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

Date: March 19, 2018