# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-cv-916 (CRC) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

On March 26, 2018, this Court vacated its summary judgment order and opinion, and directed the parties to file a joint status report in this Freedom of Information Act case. Defendant reports that the Federal Bureau of Investigation (FBI) has begun its search for potentially responsive records, but does not yet have sufficient information to propose a schedule for production or further summary judgment briefing. The parties respectfully request that they be permitted to file an additional joint status report no later than May 25, 2018 to apprise the Court of the status of the FBI's search for responsive records and suggest a schedule for further proceedings in this case.

Respectfully submitted,

| | |
|---|---|
| */s/ James F. Peterson* | CHAD A. READLER |
| James F. Peterson | Acting Assistant Attorney General |
| JUDICIAL WATCH, INC. | |
| DC Bar No. 450171 | MARCIA BERMAN |
| 425 Third St, SW, Suite 800 | Assistant Director |
| Washington, DC. 20024 | Federal Programs Branch |
| T: 202-646-5172 | |
| F: 202-646-5199 | */s/ James Bickford* |
| | JAMES BICKFORD |
| *Counsel for Plaintiff* | Trial Attorney (N.Y. Bar No. 5163498) |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |

        20 Massachusetts Avenue, NW
        Washington, DC 20530
        James.Bickford@usdoj.gov
        Telephone: (202) 305-7632
        Facsimile: (202) 616-8470

        *Counsel for Defendant*

Date: April 26, 2018