# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-cv-916 (CRC) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to this Court's minute order of April 26, 2018, the U.S. Department of Justice respectfully informs the Court that the Federal Bureau of Investigation has completed its search for records potentially responsive to the Freedom of Information Act request at issue here. The parties jointly request that this Court set a production deadline of August 3, 2018 for all non-exempt, responsive records or portions thereof.

Respectfully submitted,

| | |
|---|---|
| */s/ James F. Peterson* | CHAD A. READLER |
| James F. Peterson | Acting Assistant Attorney General |
| JUDICIAL WATCH, INC. | |
| DC Bar No. 450171 | MARCIA BERMAN |
| 425 Third St, SW, Suite 800 | Assistant Director |
| Washington, DC. 20024 | Federal Programs Branch |
| T: 202-646-5172 | |
| F: 202-646-5199 | */s/ James Bickford* |
| | JAMES BICKFORD |
| *Counsel for Plaintiff* | Trial Attorney (N.Y. Bar No. 5163498) |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue, NW |
| | Washington, DC 20530 |
| | James.Bickford@usdoj.gov |
| | Telephone: (202) 305-7632 |

                                                          Facsimile: (202) 616-8470

                                                          *Counsel for Defendant*

Date: May 25, 2018