**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-cv-916 (CRC) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE PRODUCTION**

On May 29, in light of the parties' preceding joint status report, ECF No. 23, this Court ordered the U.S. Department of Justice to "complete production of non-exempt, responsive records by August 3, 2018." Minute Order of May 29, 2018. Earlier today, the Department produced 70 pages of partially-redacted records responsive to Judicial Watch's Freedom of Information Act request, and informed Judicial Watch that eight pages of responsive records were being withheld in full.

In the course of finalizing that production, the Department identified additional potentially responsive records, which it has begun to process. The Department expects to complete processing and production of any non-exempt, responsive material within those additional records no later than August 31, 2018. The Department therefore respectfully requests an extension of time in which to complete production until August 31, 2018, and for leave to file a joint status report no later than September 14, 2018.

Undersigned counsel discussed these developments with counsel for Judicial Watch, who consented to extend the production deadline to August 31, 2018.

        Respectfully submitted,

        CHAD A. READLER
        Acting Assistant Attorney General

        MARCIA BERMAN
        Assistant Director
        Federal Programs Branch

        */s/ James Bickford*
        JAMES BICKFORD
        Trial Attorney (N.Y. Bar No. 5163498)
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, NW
        Washington, DC 20530
        James.Bickford@usdoj.gov
        Telephone: (202) 305-7632
        Facsimile: (202) 616-8470

        *Counsel for Defendant*

Date: August 3, 2018

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JUDICIAL WATCH, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-cv-916 (CRC) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER**

The Department of Justice's consent motion for an extension of time to complete production is **GRANTED** and the Department of Justice is **ORDERED** to complete production of non-exempt, responsive records by August 31, 2018.

The parties are further **ORDERED** to file a joint status report no later than September 14, 2018.

_____
Christopher R. Cooper
United States District Judge