# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**U.S. DEPARTMENT OF JUSTICE**, )<br>)<br>Defendant. )<br>) | Case No. 17-cv-916 (CRC) |

## JOINT STATUS REPORT

Pursuant to this Court's minute order of August 8, 2018, the parties respectfully inform the Court that the Federal Bureau of Investigation has completed its production of nonexempt records responsive to the Freedom of Information Act request at issue in this case. The parties are discussing whether briefing will be necessary and, if so, what schedule would be appropriate. The parties respectfully request this Court's leave to submit another joint status report no later than October 12, 2018, proposing a briefing schedule if necessary.

Respectfully submitted,

*/s/ James F. Peterson*
James F. Peterson
JUDICIAL WATCH, INC.
DC Bar No. 450171
425 Third St, SW, Suite 800
Washington, DC. 20024
T: 202-646-5172
F: 202-646-5199

*Counsel for Plaintiff*

CHAD A. READLER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530

James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

Date: September 14, 2018