# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JUDICIAL WATCH, INC.**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-916 (CRC) |
| | ) | |
| **U.S. DEPARTMENT OF JUSTICE**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's minute order of September 14, 2018, the parties respectfully inform the Court that the Federal Bureau of Investigation has completed its production of nonexempt records responsive to the Freedom of Information Act request at issue in this case. Judicial Watch has indicated that it intends to challenge both the search for responsive records and all withholdings made under claim of exemption.  The parties therefore agree that summary judgment briefing will be necessary to resolve the dispute in this case, and are in discussions about an appropriate schedule.  Those discussions have been somewhat delayed by the scheduled absence of the official who will draft the government's declaration in support of summary judgment.  The parties therefore respectfully request this Court's leave to submit another joint status report no later than October 19, 2018, proposing a schedule for summary judgment briefing in this case.

Respectfully submitted,

/s/ James F. Peterson
James F. Peterson
JUDICIAL WATCH, INC.
DC Bar No. 450171
425 Third St, SW, Suite 800
Washington, DC. 20024

CHAD A. READLER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

T: 202-646-5172
F: 202-646-5199

*Counsel for Plaintiff*

/s/ James Bickford
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

Date: October 12, 2018