IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 17-cv-916 (CRC) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) ) |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to this Court's minute order of October 15, 2018, the parties jointly propose the following schedule for summary judgment briefing:

| | |
|---|---|
| January 18, 2019 | Department of Justice's motion for summary judgment |
| February 22, 2019 | Judicial Watch's cross-motion and opposition |
| March 22, 2019 | Department of Justice's opposition and reply |
| April 19, 2019 | Judicial Watch's reply |

Respectfully submitted,

| | |
|---|---|
| */s/ James F. Peterson* | CHAD A. READLER |
| James F. Peterson | Principal Deputy Assistant Attorney General |
| JUDICIAL WATCH, INC. | |
| DC Bar No. 450171 | MARCIA BERMAN |
| 425 Third St, SW, Suite 800 | Assistant Director |
| Washington, DC. 20024 | Federal Programs Branch |
| T: 202-646-5172 | |
| F: 202-646-5199 | */s/ James Bickford* |
| | JAMES BICKFORD |
| *Counsel for Plaintiff* | Trial Attorney (N.Y. Bar No. 5163498) |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |

- 2 -

                1100 L Street, NW
                Washington, DC 20005
                James.Bickford@usdoj.gov
                Telephone: (202) 305-7632
                Facsimile: (202) 616-8470

Date: October 19, 2018                *Counsel for Defendant*