**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-cv-916 (CRC) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**UNOPPOSED MOTION FOR A STAY OF BRIEFING
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of briefing in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of briefing until Congress has restored appropriations to the Department. The Department's motion for summary judgment, including a *Vaughn* index that must be prepared by Department employees, is currently due January 18, 2019.

    4.    If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

    5.    Opposing counsel has authorized counsel for the Government to state that the plaintiff has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigant, the Government hereby moves for a stay of briefing in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

Date: December 26, 2018

*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) ) Case No. 17-cv-916 (CRC) |
| **U.S. DEPARTMENT OF JUSTICE**, | ) ) ) |
|     Defendant. | ) ) |

**[PROPOSED] ORDER**

Briefing in this case is hereby **STAYED** until appropriations are restored to the Department of Justice. **SO ORDERED** this _____ day of _____, 20____.

_____
Christopher R. Cooper
United States District Judge