# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-cv-916 (CRC) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

## NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS

On December 27, 2018, this Court granted Defendant's motion for a stay of all proceedings in the above-captioned case commensurate with the duration of the lapse of appropriations for the Department of Justice. As of January 25, 2019, after a 35-day lapse, funding was restored for the Department of Justice through February 15, 2019, and the Department has now resumed its usual civil litigation functions. Defendant requests the opportunity to meet and confer with Plaintiff's counsel for the purpose of submitting to the Court a proposed briefing schedule that takes into account the duration of the lapse in appropriations no later than Friday, February 1.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, NW  
Washington, DC 20005  
James.Bickford@usdoj.gov  
Telephone: (202) 305-7632  
Facsimile: (202) 616-8470  

Date: January 28, 2019   *Counsel for Defendant*