IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-916 (CRC) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to this Court's order of February 1, 2019, the parties jointly propose the following schedule for summary judgment briefing:

| | |
|---|---|
| March 8, 2019 | Department of Justice's motion for summary judgment |
| April 12, 2019 | Judicial Watch's cross-motion and opposition |
| May 17, 2019 | Department of Justice's opposition and reply |
| June 6, 2019 | Judicial Watch's reply |

Respectfully submitted,

/s/ James F. Peterson
James F. Peterson
JUDICIAL WATCH, INC.
DC Bar No. 450171
425 Third St, SW, Suite 800
Washington, DC. 20024
T: 202-646-5172
F: 202-646-5199

*Counsel for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

/s/ James Bickford
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

                                      James.Bickford@usdoj.gov  
                                      Telephone: (202) 305-7632  
                                      Facsimile: (202) 616-8470

Date: February 1, 2019                                    *Counsel for Defendant*