UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JUDICIAL WATCH INC.,

    Plaintiff,

       v.

UNITED STATES DEPARTMENT OF
JUSTICE,

    Defendant.

Civil Action No.: 17-cv-00916 (ABJ)

# Exhibit C

*Judicial Watch v. Department of Justice*
17-cv-00916
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

## Exemption Application Index

| SUMMARY OF FOIA EXEMPTION JUSTIFICATION CATEGORIES | |
|---|---|
| **CODED CATEGORIES** | **INFORMATION WITHHELD** |
| **EXEMPTION (b)(1)** | **INFORMATION CLASSIFIED PER EXECUTIVE ORDER 13, 526** |
| (b)(1)-1 | Intelligence Activity, Source, Method Information Currently and Properly Classified Pursuant to E.O. 13526 § 1.4(c) |
| **EXEMPTION (b)(3)** | **INFORMATION PROTECTED BY STATUE** |
| (b)(3)-1 | National Security Act of 1947, 50 U.S.C. § 3024(i)(1) |
| **EXEMPTION (b)(7)(A)** | **PENDING LAW ENFORCEMENT PROCEEDINGS** |
| (b)(7)(A)-1 | Information which, if Disclosed, Could Reasonable be Expected to Interfere with Pending Enforcement Proceedings |
| **EXEMPTION (b)(6) and EXEMPTION (b)(7)(C)** | **CLEARLY UNWARRANTED INVASION OF PERSONAL PRIVACY AND UNWARRANTED INVASION OF PERSONAL PRIVACY** |
| (b)(6)-1 and (b)(7)(C)-1 | Names/Identifying Information of FBI Special Agents and Professional Staff |
| (b)(6)-2 and (b)(7)(C)-2 | Names/Identifying Information of Third Parties Merely Mentioned |
| (b)(6)-3 and (b)(7)(C)-3 | Names/Identifying Information of Third Parties of Investigative Interest |
| (b)(6)-4 and (b)(7)(C)-4 | Names/Identifying Information of Non-FBI Federal Government Personnel |
| **EXEMPTION (b)(7)(D)** | **CONFIDENTIAL SOURCE INFORMATION** |
| (b)(7)(D)-1 | Source Symbol Number for a CHS other than Steele |
| (b)(7)(D)-2 | Information Provided by Steele and another Symbol-Numbered Informant |
| **EXEMPTION (b)(7)(E)** | **INVESTIGATIVE TECHNIQUES AND PROCEDURES** |
| (b)(7)(E)-1 | Identity and/or location of FBI or Joint Units, Squads, Divisions |
| (b)(7)(E)-2 | Confidential Human Source Program Information |
| (b)(7)(E)-4 | Sensitive File Numbers |
| (b)(7)(E)-5 | FBI Intelligence Databases |
| (b)(7)(E)-6 | Collections and/or Analysis of Information |
| (b)(7)(E)-7 | Internal FBI Secure Email and Intranet Web Addresses |
| (b)(7)(E)-8 | Investigative Focus of Specific Investigations |

**INDEX KEY**

RIF: Released in Full

RIP: Released in Part

WIF: Withheld in Full

FOIA WIF: Withheld in full pursuant to FOIA Exemptions

Dup: Duplicate page that was withheld in full

Dup of: Location of original copy

| Dates | b1 1 | b3 1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7A 1 | 7D 1 | 7D 2 | 7E 1 | 7E 2 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | RIF | RIP | FOIA WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  | x | x |  |  |  |  |  |  | x | x |  |  |  |  |  |  | x |  |  |  |
| 2 |  | x |  |  |  | x |  |  |  |  | x |  |  |  |  |  |  | x |  |  |  |
| 3 |  | x | x |  |  |  |  |  |  | x | x | x |  |  |  |  |  | x |  |  |  |
| 4 |  | x |  | x | x |  | x |  | x |  | x |  | x | x |  | x |  | x |  |  |  |
| 5 |  | x | x |  |  |  |  | x | x | x | x | x | x | x |  |  |  | x |  |  |  |
| 6 |  | x | x |  |  |  |  |  |  | x | x | x | x | x |  |  |  | x |  |  |  |
| 7 |  | x | x |  |  |  | x |  | x | x | x | x | x | x |  | x |  | x |  |  |  |
| 8 |  |  | x | x |  |  |  | x |  | x | x | x | x | x |  |  |  | x |  |  |  |
| 9 |  | x | x | x |  |  | x |  | x | x | x | x | x |  | x |  |  | x |  |  |  |
| 10 |  | x | x |  |  |  | x | x | x | x | x | x | x | x |  |  |  | x |  |  |  |
| 11 |  | x | x | x |  |  | x |  | x | x |  |  |  |  |  |  |  |  | x |  |  |
| 12 |  | x | x |  |  |  |  | x | x | x |  |  |  | x |  |  |  | x |  |  |  |
| 13 |  | x |  |  |  |  |  | x |  | x | x |  | x |  | x |  |  | x |  |  |  |
| 14 |  | x | x |  |  |  |  | x |  | x |  |  |  |  |  |  |  | x |  |  |  |
| 15 |  | x | x |  |  |  |  | x |  | x | x |  |  |  |  |  |  | x |  |  |  |
| 16 |  |  | x |  |  |  |  |  |  | x |  |  |  |  |  |  |  | x |  |  |  |
| 17 |  | x | x |  |  |  |  | x | x | x |  |  |  |  |  |  |  | x |  |  |  |
| 18 |  |  |  |  |  |  |  |  |  | x |  |  |  |  |  |  |  | x |  |  |  |
| 19 |  | x |  |  |  |  |  |  |  | x | x |  | x |  | x |  |  | x |  |  |  |
| 20 |  | x |  |  |  |  |  |  |  | x |  |  |  |  |  |  |  | x |  |  |  |
| 21 |  | x | x |  |  |  |  | x |  | x |  |  |  |  |  |  |  | x |  |  |  |
| 22 |  | x | x |  |  |  |  | x |  | x | x | x |  |  |  |  |  | x |  |  |  |
| 23 |  |  | x |  |  |  |  |  |  | x |  |  |  |  |  |  |  | x |  |  |  |
| 24 |  |  | x |  |  |  |  | x |  | x |  |  |  |  |  |  |  | x |  |  |  |
| 25 |  | x | x |  |  |  |  | x | x | x |  |  |  |  |  |  |  | x |  |  |  |
| 26 |  | x |  |  |  |  |  |  |  | x | x |  |  |  |  |  |  | x |  |  |  |
| 27 |  | x | x |  |  |  |  | x |  | x |  |  |  |  |  |  |  | x |  |  |  |
| 28 |  | x | x |  |  |  |  | x | x | x | x | x |  |  |  |  |  | x |  |  |  |
| 29 |  |  | x |  |  |  |  |  |  | x |  |  |  |  |  |  |  | x |  |  |  |
| 30 |  | x | x |  |  |  |  | x | x | x |  |  |  |  |  |  |  | x |  |  |  |
| 31 |  | x | x |  |  |  |  |  |  | x | x |  |  |  |  |  |  |  | x |  |  |
| 32 |  | x | x |  |  | x |  |  |  | x | x |  |  |  |  |  |  |  | x |  |  |
| 33 |  | x | x |  |  |  |  |  |  | x | x |  |  |  |  |  |  |  | x |  |  |
| 34 |  | x |  |  |  |  |  |  |  | x | x |  |  |  |  |  |  |  | x |  |  |
| 35 |  |  |  |  |  |  |  |  |  | x | x |  |  |  |  |  |  |  | x |  |  |
| 36 |  | x | x |  |  |  |  | x | x | x |  | x |  |  |  |  |  | x |  |  |  |
| 37 |  | x |  |  |  |  |  |  | x | x | x |  |  |  |  |  |  | x |  |  |  |
| 38 |  | x | x |  |  |  |  | x |  | x |  |  |  |  |  |  |  | x |  |  |  |
| 39 |  | x | x |  |  |  |  |  | x | x | x | x |  |  |  |  |  | x |  |  |  |
| 40 |  |  | x |  |  |  |  |  |  | x |  |  |  |  |  |  |  | x |  |  |  |
| 41 |  | x | x |  |  |  |  | x |  | x |  |  |  |  |  |  |  | x |  |  |  |
| 42 |  | x | x |  |  | x |  | x | x | x |  |  |  |  |  |  |  | x |  |  |  |
| 43 | x | x |  |  |  | x |  | x |  | x | x |  | x |  | x |  |  | x |  |  |  |
| 44 |  | x | x |  |  | x |  | x |  | x |  |  |  |  |  |  |  | x |  |  |  |
| 45 |  | x | x |  |  | x |  | x | x | x | x |  |  |  |  |  |  | x |  |  |  |
| 46 |  |  | x |  |  |  |  |  |  | x |  |  |  |  |  |  |  | x |  |  |  |
| 47 |  | x | x |  |  | x |  | x | x | x |  |  |  |  |  |  |  | x |  |  |  |
| 48 | x | x | x |  |  | x |  | x |  | x | x |  | x | x | x |  |  | x |  |  |  |

1

| Bates | b1-1 | b3-1 | 6/7C-1 | 6/7C-2 | 6/7C-3 | 6/7C-4 | 7A-1 | 7D-1 | 7D-2 | 7E-1 | 7E-2 | 7E-4 | 7E-5 | 7E-6 | 7E-7 | 7E-8 | RIF | RIP | FOIA WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 |  | x | x |  |  |  | x |  | x |  | x |  |  |  |  |  |  | x |  |  |  |
| 50 |  | x | x |  |  |  | x |  | x | x | x |  |  |  |  |  |  | x |  |  |  |
| 51 |  |  | x |  |  |  |  |  |  | x |  |  |  |  |  |  |  | x |  |  |  |
| 52 |  | x | x |  |  |  |  | x | x | x | x | x | x |  |  |  |  | x |  |  |  |
| 53 |  | x | x | x | x |  | x |  | x | x | x | x | x |  | x |  |  | x |  |  |  |
| 54 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | x |  |  |  |  |
| 55 |  | x | x |  |  |  |  |  |  | x | x | x |  |  |  |  |  | x |  |  |  |
| 56 | x | x |  | x |  |  |  |  | x |  | x |  | x | x |  | x |  | x |  |  |  |
| 57 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | x |  |  |  |  |
| 58 |  | x | x |  |  |  | x |  | x | x | x | x | x |  |  |  |  | x |  |  |  |
| 59 |  | x | x | x | x |  | x |  | x | x | x | x | x |  | x |  |  | x |  |  |  |
| 60 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | x |  |  |  |  |
| 61 |  | x | x |  | x |  | x |  | x | x | x | x | x |  | x |  |  | x |  |  |  |
| 62 |  | x | x |  |  |  | x |  | x | x | x | x | x |  | x |  |  | x |  |  |  |
| 63 |  | x | x |  |  |  |  |  |  | x | x | x |  |  |  |  |  | x |  |  |  |
| 64 |  | x | x |  |  |  |  |  |  | x | x | x |  |  |  |  |  | x |  |  |  |
| 65 |  | x | x |  |  |  |  |  |  | x | x | x |  |  |  |  |  | x |  |  |  |
| 66 |  | x | x |  |  |  | x |  |  | x | x | x |  |  |  |  |  | x |  |  |  |
| 67 |  | x | x |  |  |  | x |  |  | x | x | x |  |  |  |  |  | x |  |  |  |
| 68 |  | x | x |  |  |  |  |  |  | x | x | x |  |  |  |  |  | x |  |  |  |
| 69 |  |  | x |  |  |  |  |  |  | x | x | x |  |  |  |  |  | x |  |  |  |
| 70 |  |  | x |  |  |  | x |  |  | x | x | x |  |  |  |  |  | x |  |  |  |
| 71 |  | x | x |  |  |  | x |  |  | x | x | x |  |  |  |  |  | x |  |  |  |
| 72 |  | x | x |  |  |  |  |  |  | x | x | x |  |  |  |  |  | x |  |  |  |
| 73 |  | x | x |  |  |  | x |  |  | x | x | x |  |  |  |  |  | x |  |  |  |
| 74 |  | x | x |  |  |  |  |  |  | x | x | x |  |  |  |  |  | x |  |  |  |
| 75 |  | x | x |  |  |  |  |  |  | x | x | x |  |  |  |  |  | x |  |  |  |
| 76 |  |  | x |  |  |  |  | x |  | x |  |  |  |  |  |  |  |  |  | x |  |
| 77 |  |  | x |  |  |  | x | x |  | x |  |  |  |  |  |  |  |  |  | x |  |
| 78 |  | x | x |  |  |  |  |  | x | x | x |  |  |  |  |  |  | x |  |  |  |
| 79 |  |  | x |  |  |  |  |  |  | x |  | x |  |  |  |  |  | x |  |  |  |
| 80 |  |  | x |  |  |  |  |  |  | x |  | x |  |  |  |  |  | x |  |  |  |
| 81 |  |  | x |  |  |  |  |  | x | x | x |  |  |  |  |  |  | x |  |  |  |
| 82 | x | x | x | x |  |  | x |  | x | x | x |  |  | x |  | x |  |  |  | x |  |
| 83 | x | x | x | x | x |  | x |  | x | x | x |  |  | x |  | x |  |  |  | x |  |
| 84 |  |  | x |  |  |  |  |  |  | x |  |  |  |  |  |  |  |  |  | x |  |
| 85 | x | x | x |  |  |  | x | x | x | x |  |  |  | x |  |  |  |  |  | x |  |
| 86 | x | x | x |  |  |  | x |  | x | x | x |  |  | x |  | x |  |  |  | x |  |
| 87 | x | x | x | x |  |  | x |  | x | x |  |  |  | x |  | x |  |  |  | x |  |
| 88 | x | x | x | x |  |  | x |  | x | x | x |  |  | x |  | x |  | x |  |  |  |
| 89 | x | x | x | x |  |  | x |  | x | x | x |  |  | x |  | x |  | x |  |  |  |
| 90 |  |  | x |  |  |  |  |  |  | x | x |  | x |  |  |  |  | x |  |  |  |
| 91 | x | x | x | x |  |  | x |  |  | x | x |  |  | x |  | x |  | x |  |  |  |
| 92 |  | x |  |  |  |  |  |  | x | x | x |  |  | x | x |  | x |  | x |  |  |
| 93 | x | x |  |  | x |  |  | x | x |  | x | x | x | x |  | x |  | x |  |  |  |
| 94 | x | x |  |  |  |  |  |  | x | x | x |  | x |  |  |  |  | x |  |  |  |
| 95 |  | x | x |  |  |  |  |  | x | x | x | x |  |  |  |  |  | x |  |  |  |
| 96 |  |  | x |  |  |  |  |  |  | x |  |  |  |  |  |  |  | x |  |  |  |

| Bates | b1 -1 | b3 -1 | 6/7C 1 | 6/7C 2 | 6/7C 3 | 6/7C 4 | 7A 1 | 7D 1 | 7D 2 | 7E 1 | 7E 2 | 7E 4 | 7E 5 | 7E 6 | 7E 7 | 7E 8 | RIF | RIP | FOIA WIF | Dup | Dup of |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | | | | | | | | | | | | | | | | | x | | | | |
| 98 | | | | | | | | | | | | | | | | | x | | | | |
| 99 | x | x | x | | | | | x | x | x | x | x | x | | | x | | x | | | |
| 100 | x | x | x | | | | x | | x | x | x | x | | x | | x | | x | | | |
| 101 | x | x | | | | | x | | x | x | x | x | | | | x | | x | | | |
| 102 | x | x | x | x | | | x | | x | x | x | x | | x | | x | | x | | | |
| 103 | x | x | | | | | x | | x | x | x | x | | | | | | x | | | |
| 104 | | x | x | | | | x | | x | | x | | | | | | | x | | | |
| 105 | | | | | | | | | | | | | | | | | | | | x | 82 |
| 106 | | | | | | | | | | | | | | | | | | | | x | 82-83 |
| 107 | | | | | | | | | | | | | | | | | | | | x | 83-84 |
| 108 | | | | | | | | | | | | | | | | | | | | x | 84 |

3

# 17-cv-00916
## Page Disposition Totals

| Page Disposition Totals | |
|---|---|
| **Total: 108** | |
| RIF: 5 | |
| RIP: 85 | |
| WIF: 18 | |
| • FOIA Exemption(s): | 14 |
| • Duplicate: | 4 |