IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:17-cv-00916 (CRC) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S CONSENT MOTION TO RESET BRIEFING SCHEDULE**

Plaintiff Judicial Watch, Inc., by counsel, respectfully submits this consent motion to modify the briefing schedule in this lawsuit.

1. This FOIA lawsuit seeks various records from the FBI relating, including communications and payments from the FBI to Christopher Steele and/or Orbis Business Intelligence.

2. Plaintiff's opposition to the FBI's pending summary judgment motion is due tomorrow, May 3, 2019.

3. Plaintiff's primary researcher in this case unexpectedly has been available to assist with preparation of Plaintiff's opposition this week. Because of this, along with unexpected developments in other cases, Plaintiff's counsel requires additional time to finalize the opposition.

4. Plaintiff respectfully requests that the current briefing schedule be pushed back by approximately one week. No further extensions will be requested by Plaintiff. Accordingly,

1

after consultation with counsel for Defendant, Plaintiff proposes, and Defendant agrees to, revising the briefing schedule as follows:

- **May 10, 2019**: Plaintiff's Opposition to Defendants' Motion for Summary Judgment and any Cross-Motion for Summary Judgment.

- **June 14, 2019**: Defendants' Reply in Support of Motion for Summary Judgment and Opposition to any Cross-Motion for Summary Judgment.

- **June 26, 2019**: Plaintiff's Reply in Support of any Cross-Motion for Summary Judgment.

A proposed order reflecting this proposal is attached.

Dated:  May 2, 2019

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/  James F. Peterson
James F. Peterson
DC Bar No. 450171
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Tel: (202) 646-5175
Fax:  (202) 646-5199
Email:  jpeterson@judicialwatch.org

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                          )
JUDICIAL WATCH, INC.,            )
                                                          )
                    Plaintiff,              )
                                                          )
         v.                                        )   Case No. 1:17-cv-00916 (CRC)
                                                          )
U.S. DEPARTMENT OF           )
JUSTICE,                                     )
                                                          )
                    Defendant.          )
_____)

**[PROPOSED] ORDER**

Having considered Plaintiff's consent motion to reset the remaining briefing schedule in this case, the schedule is as follows:

- **May 10, 2019**: Plaintiff's Opposition to Defendants' Motion for Summary Judgment and any Cross-Motion for Summary Judgment.

- **June 14, 2019**: Defendants' Reply in Support of Motion for Summary Judgment and Opposition to any Cross-Motion for Summary Judgment.

- **June 26, 2019**: Plaintiff's Reply in Support of any Cross-Motion for Summary Judgment.

Dated: _____, 2019.               _____
                                                                                  Hon. Christopher R. Cooper
                                                                                  U.S. District Judge