**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUDICIAL WATCH, INC.**,<br><br>    Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE,**<br><br>    Defendant. | Case No. 17-cv-916 (CRC) |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [33] Defendant's Motion for Summary Judgment is DENIED. It is further

**ORDERED** that [38] Plaintiff's Cross-Motion for Summary Judgment is GRANTED. It is further

**ORDERED** that the government shall complete the supplemental search described in the Memorandum Opinion by 60 days from the date of this Order, and shall provide by that same date a status report describing the results of the search and a plan for processing any records.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: August 16, 2019