IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-cv-916 (CRC) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STATUS REPORT

Pursuant to this Court's order of August 16, 2019, the Federal Bureau of Investigation respectfully informs the Court that it has completed its supplemental search and identified one responsive record. The parties jointly request leave to file a further joint status report no later than December 6, 2019. Before that date, the Federal Bureau of Investigation will produce any non-exempt, reasonably segregable information in the responsive record. The parties do not oppose consolidation of this case with No. 19-cv-572, so long as the propriety of the FBI's responses to the separate Freedom of Information Act requests at issue in the two cases are resolved independently (although consolidated briefing may be appropriate).

Respectfully submitted,

| | |
|---|---|
| */s/ James F. Peterson* | ETHAN P. DAVIS |
| James F. Peterson | Principal Deputy Assistant Attorney General |
| JUDICIAL WATCH, INC. | |
| DC Bar No. 450171 | MARCIA BERMAN |
| 425 Third St, SW, Suite 800 | Assistant Director |
| Washington, DC. 20024 | Federal Programs Branch |
| T: 202-646-5172 | |
| F: 202-646-5199 | */s/ James Bickford* |
| | JAMES BICKFORD |
| *Counsel for Plaintiff* | Trial Attorney (N.Y. Bar No. 5163498) |

United States Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street NW  
Washington, DC 20530  
James.Bickford@usdoj.gov  
Telephone: (202) 305-7632  
Facsimile: (202) 616-8470  

*Counsel for Defendant*

Date: October 15, 2019