# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Nos. 17-cv-916 & 19-cv-572 (CRC) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to this Court's order of October 23, 2019, the Federal Bureau of Investigation respectfully informs the Court that it has completed its search and production in these consolidated cases. Because the parties are not yet certain if summary judgment briefing will be necessary, they request leave to file a further joint status report no later than December 20, 2019.

Respectfully submitted,

/s/ James F. Peterson
James F. Peterson
JUDICIAL WATCH, INC.
DC Bar No. 450171
425 Third St, SW, Suite 800
Washington, DC. 20024
T: 202-646-5172
F: 202-646-5199

*Counsel for Plaintiff*

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

/s/ James Bickford
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

Date: December 6, 2019