IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Nos. 17-cv-916 & 19-cv-572 (CRC) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE**, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's order of December 12, 2019, the parties respectfully inform the Court that they are still engaged in ongoing discussions to determine whether summary judgment briefing will be necessary in this case. The parties request leave to file a joint status report proposing a schedule for further proceedings, if any, no later than January 24, 2019.

Respectfully submitted,

| | |
|---|---|
| */s/ James F. Peterson* | ETHAN P. DAVIS |
| James F. Peterson | Principal Deputy Assistant Attorney General |
| JUDICIAL WATCH, INC. | |
| DC Bar No. 450171 | MARCIA BERMAN |
| 425 Third St, SW, Suite 800 | Assistant Director |
| Washington, DC. 20024 | Federal Programs Branch |
| T: 202-646-5172 | |
| F: 202-646-5199 | */s/ James Bickford* |
| | JAMES BICKFORD |
| *Counsel for Plaintiff* | Trial Attorney (N.Y. Bar No. 5163498) |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street NW |
| | Washington, DC 20530 |
| | James.Bickford@usdoj.gov |
| | Telephone: (202) 305-7632 |
| | Facsimile: (202) 616-8470 |
| | |
| | *Counsel for Defendant* |

Date: December 20, 2019