# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Nos. 17-cv-916 & 19-cv-572 (CRC) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to this Court's order of December 24, 2019, the parties respectfully inform the Court that Judicial Watch intends to challenge the adequacy of the search and the propriety of certain withholdings in this Freedom of Information Act case. The parties are still engaged in ongoing discussions about a summary judgment briefing schedule, which have been delayed as a) Judicial Watch decided whether to press any challenges in this case, and b) the Federal Bureau of Investigation considers whether its position in this case is affected by the Office of the Inspector General of the United States Department of Justice's publication of a report entitled "Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation" ("IG Report"), which is available at https://www.justice.gov/storage/120919-examination.pdf.

The parties request leave to file a further joint status report no later than February 7, 2020.

- 2 -

Respectfully submitted,

| | |
|---|---|
| */s/ James F. Peterson* | ETHAN P. DAVIS |
| James F. Peterson | Principal Deputy Assistant Attorney General |
| JUDICIAL WATCH, INC. | |
| DC Bar No. 450171 | MARCIA BERMAN |
| 425 Third St, SW, Suite 800 | Assistant Director |
| Washington, DC. 20024 | Federal Programs Branch |
| T: 202-646-5172 | |
| F: 202-646-5199 | */s/ James Bickford* |
| | JAMES BICKFORD |
| *Counsel for Plaintiff* | Trial Attorney (N.Y. Bar No. 5163498) |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street NW |
| | Washington, DC 20530 |
| | James.Bickford@usdoj.gov |
| | Telephone: (202) 305-7632 |
| | Facsimile: (202) 616-8470 |
| | |
| | *Counsel for Defendant* |
| Date: January 24, 2020 | |