**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Nos. 17-cv-916 & 19-cv-572 (CRC) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STATUS REPORT**

The parties respectfully inform the Court that Judicial Watch does not intend to further challenge the government's response to the Freedom of Information Act request at issue here. The parties are discussing the matter of attorneys' fees, which they may be able to resolve without the assistance of this Court. The parties request leave to file a further joint status report no later than March 5, 2020.

Date: February 7, 2020          Respectfully submitted,

*/s/ James F. Peterson*                    ETHAN P. DAVIS
James F. Peterson                          Principal Deputy Assistant Attorney General
JUDICIAL WATCH, INC.
DC Bar No. 450171                          MARCIA BERMAN
425 Third St, SW, Suite 800                Assistant Director
Washington, DC. 20024                      Federal Programs Branch
T: 202-646-5172
F: 202-646-5199                            */s/ James Bickford*
                                           JAMES BICKFORD
*Counsel for Plaintiff*                    Trial Attorney (N.Y. Bar No. 5163498)
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           1100 L Street NW
                                           Washington, DC 20530
                                           James.Bickford@usdoj.gov
                                           Telephone: (202) 305-7632
                                           Facsimile: (202) 616-8470
                                           *Counsel for Defendant*