**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Nos. 17-cv-916 & 19-cv-572 (CRC) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STATUS REPORT**

The parties respectfully inform the Court that Judicial Watch does not intend to further challenge the government's response to the Freedom of Information Act request at issue here. The parties are discussing the matter of attorneys' fees, which they may be able to resolve without the assistance of this Court. The parties request leave to file a further joint status report no later than April 3, 2020.

Respectfully submitted,

*/s/ James F. Peterson*  
James F. Peterson  
JUDICIAL WATCH, INC.  
DC Bar No. 450171  
425 Third St, SW, Suite 800  
Washington, DC. 20024  
T: 202-646-5172  
F: 202-646-5199

*Counsel for Plaintiff*

ETHAN P. DAVIS  
Principal Deputy Assistant Attorney General

MARCIA BERMAN  
Assistant Director  
Federal Programs Branch

*/s/ James Bickford*  
JAMES BICKFORD  
Trial Attorney (N.Y. Bar No. 5163498)  
United States Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street NW  
Washington, DC 20530  
James.Bickford@usdoj.gov  
Telephone: (202) 305-7632  
Facsimile: (202) 616-8470

Date: March 5, 2020                                    *Counsel for Defendant*