**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **U.S. DEPARTMENT OF JUSTICE**, ) <br> ) <br> Defendant. ) <br> ) | Case Nos. 17-cv-916 & 19-cv-572 (CRC) |

**JOINT STATUS REPORT**

The parties respectfully inform the Court that Judicial Watch does not intend to further challenge the government's response to the Freedom of Information Act request at issue here. The parties are discussing the matter of attorneys' fees, which they hope to resolve without the assistance of this Court. In accordance with this Court's order of March 10, 2020, the parties propose the following schedule for a motion for attorneys' fees, in the event that the parties are unable to resolve the matter between themselves:

    Plaintiff's Motion for Fees:   May 1, 2020

    Defendant's Opposition:   May 22, 2020

    Plaintiff's Reply:   June 5, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ James F. Peterson* <br> James F. Peterson <br> JUDICIAL WATCH, INC. <br> DC Bar No. 450171 <br> 425 Third St, SW, Suite 800 <br> Washington, DC. 20024 <br> T: 202-646-5172 <br> F: 202-646-5199 <br> <br> *Counsel for Plaintiff* | ETHAN P. DAVIS <br> Principal Deputy Assistant Attorney General <br> <br> MARCIA BERMAN <br> Assistant Director <br> Federal Programs Branch <br> <br> */s/ James Bickford* <br> JAMES BICKFORD <br> Trial Attorney (N.Y. Bar No. 5163498) |

- 2 -

    United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

Date: April 3, 2020