**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JUDICIAL WATCH, INC.**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Nos. 17-cv-916 & 19-cv-572 (CRC) |
| | ) | |
| **U.S. DEPARTMENT OF JUSTICE**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's minute order of June 3, 2020, the parties respectfully inform the Court that they have reached a tentative agreement, pending formal governmental approval, to resolve the matter of attorneys' fees in this case. The parties expect to finalize their tentative agreement and dismiss this case shortly. The parties request the Court's leave to submit a further joint status report on or before June 26, 2020, if they have not stipulated to the dismissal of this case by then.

Respectfully submitted,

/s/ James F. Peterson
James F. Peterson
JUDICIAL WATCH, INC.
DC Bar No. 450171
425 Third St, SW, Suite 800
Washington, DC. 20024
T: 202-646-5172
F: 202-646-5199

*Counsel for Plaintiff*

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

/s/ James Bickford
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530

James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

Date: June 15, 2020