### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.**,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**U.S. DEPARTMENT OF JUSTICE**,  )<br>  )<br>Defendant.  )<br>  ) | Case Nos. 17-cv-916 & 19-cv-572 (CRC) |

### JOINT STATUS REPORT

Pursuant to this Court's minute order of June 29, 2020, the parties respectfully confirm that, as they have previously informed the Court, the parties have reached a tentative agreement, which is still pending formal governmental approval, to resolve the matter of attorneys' fees in this case. The parties still expect to finalize their tentative agreement and dismiss this case shortly, and regret the delay in doing so. The parties request the Court's leave to submit a further joint status report on or before July 20, 2020, if they have not stipulated to the dismissal of this case by then.

Respectfully submitted,

*/s/ James F. Peterson*  
James F. Peterson  
JUDICIAL WATCH, INC.  
DC Bar No. 450171  
425 Third St, SW, Suite 800  
Washington, DC. 20024  
T: 202-646-5172  
F: 202-646-5199  

*Counsel for Plaintiff*

ETHAN P. DAVIS  
Acting Assistant Attorney General  

MARCIA BERMAN  
Assistant Director  
Federal Programs Branch  

*/s/ James Bickford*  
JAMES BICKFORD  
Trial Attorney (N.Y. Bar No. 5163498)  
United States Department of Justice  
Civil Division, Federal Programs Branch

- 2 -

                                                  1100 L Street NW  
                                                  Washington, DC 20530  
                                                  James.Bickford@usdoj.gov  
                                                  Telephone: (202) 305-7632  
                                                  Facsimile: (202) 616-8470

                                                  *Counsel for Defendant*

Date: July 10, 2020