IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, | ) |
| Plaintiff, | ) |
| v. | ) Case Nos. 17-cv-916 & 19-cv-572 (CRC) |
| **U.S. DEPARTMENT OF JUSTICE**, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to this Court's minute order of July 14, 2020, the parties respectfully confirm that, as they have previously informed the Court, the parties have reached a tentative agreement, which is still pending formal governmental approval, to resolve the matter of attorneys' fees in this case. The parties still expect to finalize their tentative agreement and dismiss this case shortly, and regret the delay in doing so. The parties request the Court's leave to submit a further joint status report on or before August 21, 2020, if they have not stipulated to the dismissal of this case by then.

Respectfully submitted,

*/s/ James F. Peterson*  
James F. Peterson  
JUDICIAL WATCH, INC.  
DC Bar No. 450171  
425 Third St, SW, Suite 800  
Washington, DC. 20024  
T: 202-646-5172  
F: 202-646-5199  

*Counsel for Plaintiff*

ETHAN P. DAVIS  
Acting Assistant Attorney General  

MARCIA BERMAN  
Assistant Director  
Federal Programs Branch  

*/s/ James Bickford*  
JAMES BICKFORD  
Trial Attorney (N.Y. Bar No. 5163498)  
United States Department of Justice  
Civil Division, Federal Programs Branch

- 2 -

                                             1100 L Street NW
                                             Washington, DC 20530
                                             James.Bickford@usdoj.gov
                                             Telephone: (202) 305-7632
                                             Facsimile: (202) 616-8470

                                             *Counsel for Defendant*

Date: August 10, 2020

- 2 -

Case 1:17-cv-00916-CRC   Document 56   Filed 08/10/20   Page 2 of 2